JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENREID,<br><br>    Plaintiff,<br><br>    v.<br><br>GAIL RUDERMAN FEUER,<br><br>    Defendant. | Case No. CV 25-1379 DSF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  June 2, 2025

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE